AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Five U.S. POSTAL PARCEL LOCATED AT THE WASHINGTON GENERAL MAIL FACILITY, WASHINGTON, DC UNDER RULE 41 | )<br>)<br>)  Case No. 22-SW-263<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A

located in the _____ District of ___Columbia___ , there is now concealed *(identify the person or describe the property to be seized)*:
CONTRABAND CONTROLLED DRUGS

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. SECTION 841(a)(1) | (Possession with Intent to Distribute a Controlled Substance) |
| 21 U.S.C. SECTION 843(b) | (Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony) |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

James Ussery, Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephone___ *(specify reliable electronic means)*.

2022.08.17 18:26:57 -04'00'

Date: __08/17/2022__
_____
*Judge's signature*

City and state: District of Columbia
Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 22-SW-263 | 8-18-22 @ 12:00 PM | U.S. Postal Service |

Inventory made in the presence of: Insp. J. Branisan

Inventory of the property taken and name(s) of any person(s) seized:

See Attached.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

*Executing officer's signature*

James Ussery Postal Inspector
*Printed name and title*

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | Property Seized |
|---|---|---|
| 1. | (E) EI 431 101 124 US | Approximately 64 grams of a white powdery substance, which field tested presumptive positive for cocaine inside one heat sealed bag, and Approximately 57 grams of a number of blue pills labeled "M30", these pills are suspected to be fentanyl. |
| 2. | (E) EI 422 221 472 US | No CDS or CDS proceeds, parcel was returned to the mail stream. |
| 3. | (E) EJ 604 710 069 US | Approximately 480 grams of a green, leafy, plantlike substance, suspected to be marijuana inside one heat sealed bag. |
| 4. | (E) EI 320 030 910 US | Approximately 45 grams of 10 different containers of pills, each container included 10 pills, labeled Modafinil. |
| 5. | (E) EI 469 760 316 US | Approximately 475 grams of green, leafy, plantlike substance, suspected to be marijuana inside one plastic bag. |